# Bailey v. The State.

APPEAL from Jefferson Criminal Court.

Tried before the Hon. SAMUEL E. GREENE.

L. Y. LIPSCOMB, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and sentenced to death. Judgment affirmed,
Opinion by HARALSON, J.